**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Guillermo BENITEZ, a/k/a Poppy, a/k/a Junior, Defendant— Appellant.**

No. 06–6069.

United States Court of Appeals, Fourth Circuit.

Submitted: June 28, 2006.

Decided: July 25, 2006.

Guillermo Benitez, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Guillermo Benitez appeals the district court's order denying relief on his 18 U.S.C. § 3582(c) (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Benitez,* No. 2:94–cr–00052–RBS–1 (E.D.Va. Dec. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*